DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFIKI SADIKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-102 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| RAFIKI SADIKI, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on July 7, 2008. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case and to continue discussions with the government about resolution of the case. The defendant requests that time be excluded from his speedy trial rights so that discussions with the government, discovery, preparation and investigation can continue.

The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled status hearing be continued to August 11, 2008, at 8:30 a.m.

The parties stipulate that the time period from the date of the filing of this motion, July 1, 2008, to August 11, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: July 1, 2008

                        Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for William Wong | /s/ Lexi Negin |
| WILLIAM WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Rafiki Sadiki |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-102 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS HEARING |
| ) | AND TO EXCLUDE TIME |
| ) | |
| RAFIKI SADIKI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on July 1, 2008, IT IS HEREBY ORDERED that the status hearing currently scheduled for July 7, 2008, be continued to August 11, 2008 at 8:30 a.m..

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 1, 2008 stipulation, the time under the Speedy Trial Act is excluded from July 1, 2008, through August 11, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  July 1, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2