UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL CHARLES "CHUCK" YEAGER,
(RET.), and GENERAL CHUCK YEAGER
FOUNDATION,

        NO. CIV. 08-0102 WBS JFM

      Plaintiffs,

   v.

CONNIE BOWLIN, ED BOWLIN,
DAVID MCFARLAND, AVIATION
AUTOGRAPHS, a non-incorporated
Georgia business entity,
BOWLIN & ASSOCIATES, INC., a
Georgia corporation, SPALDING
SERVICES, INC., a Georgia
corporation, INTERNATIONAL
ASSOCIATION OF EAGLES, INC.,
an Alabama corporation, and
DOES 1 to 100, inclusive,

      Defendants.
_____/

----oo0oo----

      Because the non-governmental corporate entities in this action have inexplicably failed to comply with the court's prior Order requiring them to include a statement in the parties' Joint Status Report "identifying all [their] parent corporations and

1

1    listing any publicly held company that owns 10% or more the

2    party's stock," (Jan. 15, 2008 Order Setting Status (Pretrial

3    Scheduling) Conference 3:25-4:4), the Status (Pretrial

4    Scheduling) Conference currently scheduled for August 11, 2008 is

5    hereby continued to August 25, 2008.  The non-governmental

6    corporate entities are instructed to file the aforementioned

7    statements no later than August 18, 2008.

8             IT IS SO ORDERED.

9    DATED:  August 8, 2008

11                                                WILLIAM B. SHUBB

12                                                UNITED STATES DISTRICT JUDGE

2