# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Rafiki Sadiki           **Docket Number:**   0972 2:08CR00102-01

**Name of Judicial Officer**:    United States District Judge William B. Shubb

**Date of Original Sentence:**   11/24/2008

**Original Offense:** 18 U.S.C. § 922(g)(1) –  Felon in Possession of a Firearm  (Class C Felony)

**Original Sentence:** 57 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment

**Special Conditions:**

Warrantless search
Financial disclosure
No new credit
Correctional treatment program
Substance abuse testing
Aftercare co-payment

**Type of Supervision:**    Term of  Supervised Release

**Date Supervision Commenced:**    4/30/2012

**Other Court Actions:**  None.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**The defendant shall also comply with the following special conditions:**

7. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

8. The defendant shall complete 60 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed by 03/01/2015.

**Justification:** The offender began his term of supervised release on April 30, 2012. The offender had been in compliance with all terms and conditions of his supervision. He was working for Capital Express, Inc. out of West Sacramento as a truck driver. On November 16, 2013, the offender was arrested for Driving Under the Influence of Alcohol. On February 24, 2014, the offender was convicted of 23103.5 of the Vehicle Code (Wet Reckless), a misdemeanor. He was placed on 3 years informal probation, and was ordered to enroll in the Wet Reckless program.

On January 19, 2014, the offender was pulled over on Interstate 80, in Nevada County, for speeding. Upon running the offender's driver's license, it was determined it was suspended. During an inventory of the vehicle prior to towing, officers found a backpack belonging to the offender, containing a bottle of oxycontin pills and another bottle containing oxycodone-acetaminophen pills. The prescribed name on the labels had been removed. The officer asked the offender who they belonged to. He said they belonged to his cousin, who has cancer. He indicated he had made an overnight bag for his cousin a couple of weeks prior, because his cousin had gone into the hospital. His cousin ended up not needing the bag, but the offender had left the bag in the trunk. He provided his cousin's name, Adrian Dotes. The officer called the pharmacy where the pills were dispensed and confirmed that the pills had been dispensed to Adrian Dotes. The offender was arrested for Possession of a Controlled Substance, 11350(a) H&S, and Driving on a Suspended License, 14601.2(a) V.C. On June 24, 2014, the offender was convicted of Driving on a Suspended License and Speeding, 22349(a) V.C. (Nevada County Superior Court Docket#14-000138). The drug charges were dismissed. He was placed on 3 years summary probation, and ordered to serve 10 days county jail.

Prior to these incidents, the offender was working and doing well. He completed the 12-hour Wet and Reckless program; however, due to getting a new conviction for driving on a suspended license, he is unable to get any license for an additional six months, and will also be required to install the Interlocking Ignition Device (IID) in his vehicle once he obtains a restricted license. This has limited the offender's ability to work; however, he does various construction jobs for family members and is able to earn some money to support himself. He is living with his godmother in Elk Grove and does a lot of volunteer work at his church.

Mr. Sadiki understands the serious nature of his new law violations. The abstain from alcohol condition is recommended based on the Wet/Reckless conviction. In addition, it is recommended the offender complete community service hours as a sanction for the new law violations. Any further violation conduct occurring while on supervision will be reported to the Court and will result in additional sanctions.

Respectfully submitted,

*/s/ Wendy E. Reyes*

**WENDY E. REYES**
**United States Probation Officer**
Telephone: (916) 683-4375

**DATED:**   11/20/2014

Reviewed by,

*/s/ Jack C. Roberson*

**JACK C. ROBERSON**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

**Dated: November 20, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: William S. Wong

Defense Counsel: Alexandra P. Negin